

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2021

No. 04-21-00279-CV

Maryvel **SUDAY**,
Appellant

v.

Ana **SMITH**,
Appellees

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3644CCL
The Honorable Stephen B. Ables, Judge Presiding

## O R D E R

The reporter's record was due September 20, 2021, but it was not filed. On September 14, 2021, court reporter Lisa Blanks filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record, and appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b). On September 15, 2021, Anna Renken Lafrenz filed a notification of late record stating (1) appellant failed make a proper written request for a reporter's record and (2) the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record, and appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 35.3(b).

We order appellant to provide written proof to this court by **October 7, 2021** that appellant has served on the court reporters a written designation of the specific proceedings for which he requests a record. We further order appellant to provide written proof to this court by **October 7, 2021** that (1) the reporters' fees of Anna Renken Lafrenz and Lisa Blanks have been paid or arrangements satisfactory to the reporters have been made to pay the reporters' fees; or (2) appellant is entitled to the record without prepayment of the reporters' fees. See TEX. R. APP. P. 35.3(b). If appellant fails to file such proof within the time provided, appellant's brief will be due **October 27, 2021**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2021.

MICHAEL A. CRUZ, Clerk of Court